United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR BRUCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>URBAN ALCHEMY, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-04029-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**<br><br>Related: 3:24-cv-05806-TLT |

Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *3:23-cv-01360*.

IT IS SO ORDERED.

Dated: December 11, 2024

_____
TRINA L. THOMPSON
United States District Judge