Arthur Bruce
ArthurJBruce@gmail.com
1 Janet Way
Tiburon, CA 94901
415-299-0605

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MARIN

| | |
|---|---|
| ARTHUR BRUCE, | Case No.: 3:24-cv-04029-TLT |
| Plaintiff, | |
| vs. | COMPLAINT FOR DAMAGES |
| URBAN ALCHEMY, TROY | 1. ASSAULT |
| | 2. BATTERY |
| Defendant | 3. 42 USC § 1983 – FOURTH AMENDMENT |
| | 4. NEGLIGENCE |

# Prefatory Note

1. This case is the result of an **Urban Alchemy** employee named "**Troy**" who assaulted and battered **Plaintiff Arthur Bruce**, slamming him onto the concrete.

2. "**Troy**" not only did he attack **Arthur Bruce** – he and many other **Urban Alchemy** were trafficking crystal meth through their official positions in **Urban Alchemy –** which managed an encampment for unhoused people in Sausalito.

# Jurisdiction and Venue

This Court has jurisdiction because the facts contained in the complaint all occurred in **Sausalito California,** located in the **Marin County California.**

COMPLAINT FOR DAMAGES 1. ASSAULT2. BATTERY3. 42 USC § 1983 – FOURTH AMENDMENT4. NEGLIGENCE - 1

## Parties

**Plaintiff: Arthur Bruce** is a former resident of "Camp Cormorant" a temporary encampment of unhoused people in Sausalito, CA. The encampment was created as a result of first amendment protected activity of campers and a federal lawsuit in *Sausalito Homeless Union et al v City of Sausalito et al 3:21-cv-01143-EMC*. Arthur Bruce was  While living at the court protected encampment, Arthur Bruce was beaten up by an employee of Urban Alchemy shortly after speaking with new reporters criticizing Urban Alchemy's management of the camp.

Mailing Address: 18 Lucky Drive, Greenbrae CA 94904

**Defendant: Urban Alchemy** is a company based in California that contracts with governments to manage encampments of people who do not have housing across the United States.  **Urban Alchemy** provides what can only be described as security services for camps, although they allege their employees are "practicioners of urban alchemy". Their website claims that they hire almost exclusively convicted felons.

Mailing Address: 1035 Market St #150, San Francisco CA 94103

**Defendant "Troy"** is a former employee of Urban Alchemy who attacked, battered, and sent Plaintiff to the emergency room.

Mailing Address: 1035 Market St #150, San Francisco CA 94103

## Statement of Facts

1. In March 16th, 2023 **Plaintiff Arthur Bruce** was one of a dozen people living at Camp Cormorant who sued the City of Sausalito seeking a restraining order against the breaking up of our camp at Dunphy Park in the case *Sausalito Homeless Union et al v City of Sausalito et al.* 3:21-cv-01143-EMC (Vacated by Settlement).

2. Senior Federal District Judge Edward Chen for the Northern District of California issued at a TRO and a preliminary injunction enjoining the City of Sausalito from breaking up the encampment.

COMPLAINT FOR DAMAGES 1. ASSAULT2. BATTERY3. 42 USC § 1983 – FOURTH AMENDMENT4. NEGLIGENCE - 2

## First Cause of Action: Assault

(Against Troy)

3. Plaintiff reincorporates the preceding paragraphs as if full set forthwithin.

4. On or about February 10th 2022, **Plaintiff** was at the camper bed trailer he lived at Camp Cormorant in Marinship Park, Sausalito.

5. **Troy** was on duty as an **Urban Alchemy** employee at Camp Cormorant. Without provocation, **Troy** began to ridicule **Plaintiff** using offensive language like "Motherfucker" and other expletives, and acted with the intention to cause offensive conduct.

6. **Troy** began to get increasingly aggressive with **Plaintiff,** yelling expletives and threats of violence in a fighting posture in a way that **Plaintiff** reasonably believed he was about suffer offensive conduct.

## Second Cause of Action: Battery

(Against Troy)

7. Plaintiff reincorporates the preceding paragraphs as if set forth herein.

8. **Troy** attacked **Plaintiff,** slamming **Plaintiff** onto the concrete of the parking lot spraining **Plaintiffs** wrist.

9. **Plaintiff's** neighbor **Phil Deschamps** attempted to get a phone to call the police. **Troy** threatened **Mr. Deschamps** to dissuade him from calling the police by saying he would fabricate a story to have **Mr. Deschamps** parole revoked.

10. Police were ultimately called. **Plaintiff** was taken to the emergency room where he was diagnosed with a sprained wrist and put into a splint for the next several weeks.

## Fifth Cause of Action 42 USC § 1983

(Against Troy, Urban Alchemy)

11. At the time of the attack, Troy was operating under the official policies of the City of Sausalito, pursuant to the City of Sausalito's contract with Urban Alchemy.

COMPLAINT FOR DAMAGES 1. ASSAULT2. BATTERY3. 42 USC § 1983 – FOURTH AMENDMENT4. NEGLIGENCE - 3

12. City of Sausalito had instructed Urban Alchemy to clear out the parking lot of people living in their vehicles.

13. Urban Alchemy had instructed Troy implement this policy of clearing out people living. in their vehicles from the parking lot by physically attacking Plaintiff.

14. Troy's physical attack, which hospitalized Plaintiff, constituted excessive force in violation of the Fourth Amendment, because it was objectively unreasonable.

## Fifth Cause of Action: Negligence

(Against Urban Alchemy)

15. **Plaintiff** reincorporates the preceding paragraphs as if full set forth herein.

16. Defendant Troy is, and at all times relevant hereto was, unfit or incompetent to perform the work for which he was hired.

17. Defendants Urban Alchemy knew or should have known that Defendant Troy was unfit or incompetent and that said unfitness and/or incompetence created a particular risk of harm to others, because he had been convicted of serious felonies in the past, and had started fights with other campers.

18. Defendants Troy's unfitness for and/or incompetence cause harm to Plaintiff as set forth herein. Troy was unfit because he had a notoriously violent temper, and inspite of that ,was assigned to be an "ambassador" and *de facto* security.

19. The negligence of Defendants Urban Alchemy, MMF and City in hiring, supervising, or retaining Defendant Moore and/or causing the hiring, supervision, and/or retention of Defendant Moore (including pursuant to a policy or practice), was a substantial factor in causing harm to Plaintiff.

20. For example, Urban Alchemy supervisors who were in charge of the program Louie Hammond and Ian Clark Johnson, would openly use drugs at Camp Cormorant, and would not evaluate complaints or concerns of residents. There was no complaint procedure or accountability for Troy, even though it was foreseeable given his criminal record that he would.

COMPLAINT FOR DAMAGES 1. ASSAULT2. BATTERY3. 42 USC § 1983 – FOURTH AMENDMENT4. NEGLIGENCE - 4

21. Said Defendants acted maliciously, intentionally, oppressively, willfully, and in conscious disregard of Plaintiff's rights. Plaintiff is entitled to exemplary or punitive damages according to proof. No exemplary or punitive damages are sought against Defendant City.

22. As a proximate result of said Defendants' conduct, Plaintiff suffered injuries and damages as herein set forth.

**Prayer for Relief**

Compensation for damages for the causes of action above, in an amount decided at trial

Punitive and statutory damages, in an amount decided at trial

Permanent injunction, decree, or other order to prevent the trafficking drug and human trafficking by employees of Urban Alchemy in the encampments they operate.

Permanent injunction against Urban Alchemy employees found to have distributed methamphetamine or participated in sexual exploitation of campers, from working in similar positions.

Permanent injunction, decree, or other order mandating Urban Alchemy to train its employees to prevent sexual assault.

Declaratory relief that defendants actions violated the law.

Attorneys fees as provided by law,

For costs of suit;

Amy such further relief as this Court may deem just.

**Verification**

I Arthur Bruce sign that the foregoing to be true and correct to the best of my knowledge and ability.

/s/ Arthur Bruce

February 27th 2025

COMPLAINT FOR DAMAGES 1. ASSAULT2. BATTERY3. 42 USC § 1983 – FOURTH AMENDMENT4. NEGLIGENCE - 5